# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Case No. 14-23181-CIV-GAYLES/TURNOFF

U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

MARIA AGUILAR, ANA FRANCISCO,
BRIGIDA GOMEZ-VELASQUEZ,
SANDRA LOPEZ, and LIGIA MARTINEZ,

      Plaintiff/Intervenors

      vs.

MORENO FARMS, INC.,

      Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion for Default Judgment [ECF No. 22] and Plaintiffs-Intervenors' Motion for Default Judgment against Defendant Moreno Farms, Inc. [ECF No. 26]. The Court has reviewed the motions and the Complaint and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiff EEOC's Motion for Default Judgment is **GRANTED.** It is further

**ORDERED AND ADJUDGED** that Plaintiffs-Intervenors' Motion for Default Judgment against Defendant Moreno Farms, Inc. is **GRANTED.** It is further

**ORDERED AND ADJUDGED** that Defendant Moreno Farms, Inc. is found liable on EEOC's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, for: (1) sexually hostile work environment as to Maria Aguilar, Brigida Gomez-Velazquez, Sandra Lopez,

Ana Francisco, and Ligia Martinez; (2) sex-based termination as to Maria Aguilar, Sandra Lopez,

Ana Francisco, and Ligia Martinez; (3) sex-based constructive discharge as to Brigida Gomez-

Velazquez; (4) retaliatory termination as to Maria Aguilar, Sandra Lopez, Ana Francisco, and Ligia

Martinez; and (5) retaliatory constructive discharge as to Brigida Gomez-Velazquez. It is further

**ORDERED AND ADJUDGED** that Defendant Moreno Farms, Inc. is found liable on

Plaintiff/Intervenors' claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et*

*seq.*, and additional state law claims for assault and battery for: (1) a sexually hostile work

environment with respect to all Plaintiffs-Intervenors; (2) the termination of Plaintiffs-Intervenors

Aguilar, Lopez, Francisco, and Martinez based on their sex and in retaliation for opposing sexual

harassment; (3) constructively discharging Plaintff-Intervenor Gomez-Velazquez based on her sex

and in retaliation for opposing sexual harassment; (4) for committing assault against Plaintiffs-

Intervenors Maria Aguilar, Sandra Lopez, and Brigida Gomez-Velazquez, and (5) for committing

battery against Plaintiffs-Intervenors Ana Francisco and Ligia Martinez.  It is further

**ORDERED AND ADJUDGED** that this matter is set for a status conference before the

undersigned to schedule a jury trial with respect to damages on **January 21, 2015, at 9:30 a.m.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of January, 2015.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Turnoff
     All Counsel of Record

2