# SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

## As to Plaintiff-Intervenor Ligia Martinez:

1. That Plaintiff-Intervenor Ligia Martinez should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No    ✓ Yes

    If your answer is "Yes," in what amount?    $ 350,000

2. That punitive damages should be assessed against Moreno Farms for sexually harassing Plaintiff-Intervenor Ligia Martinez, and for discharging Plaintiff-Intervenor Ligia Martinez on the basis of her sex and in retaliation for opposing sexual harassment?

    Answer Yes or No    ✓ Yes

    If your answer is "Yes," in what amount?    $ 2,000,000

3. State the amount of punitive damages to be assessed against Moreno Farms for its assault and battery of Plaintiff-Intervenor Ligia Martinez.

    $ 1,000,000

15

## As to Plaintiff-Intervenor Maria Aguilar:

4. That Plaintiff-Intervenor Maria Aguilar should be awarded damages to compensate for emotional pain and mental anguish?

   Answer Yes or No  ✓ Yes

   If your answer is "Yes," in what amount?  $ 750,000

5. That punitive damages should be assessed against Moreno Farms for sexually harassing Plaintiff-Intervenor Maria Aguilar, and for discharging Plaintiff-Intervenor Maria Aguilar on the basis of her sex and in retaliation for opposing sexual harassment?

   Answer Yes or No  ✓ Yes

   If your answer is "Yes," in what amount?  $ 2,000,000

6. State the amount of punitive damages to be assessed against Moreno Farms for its assault and battery of Plaintiff-Intervenor Maria Aguilar.

   $ 1,000,000

16

**As to Plaintiff-Intervenor Brigida Gomez-Velazquez:**

7. That Plaintiff-Intervenor Brigida Gomez-Velazquez should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No   ✓ Yes

    If your answer is "Yes,"
    in what amount?   $ 500,000

8. That punitive damages should be assessed against Moreno Farms for sexually harassing Plaintiff-Intervenor Brigida Gomez-Velazquez, and for discharging Plaintiff-Intervenor Brigida Gomez-Velazquez on the basis of her sex and in retaliation for opposing sexual harassment?

    Answer Yes or No   ✓ Yes

    If your answer is "Yes,"
    in what amount?   $ 2,000,000

9. State the amount of punitive damages to be assessed against Moreno Farms for its assault and battery of Plaintiff-Intervenor Brigida Gomez-Velazquez.

    $ 1,000,000

17

**As to Plaintiff-Intervenor Sandra Lopez:**

10. That Plaintiff-Intervenor Sandra Lopez should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No    ✓ Yes

    If your answer is "Yes,"
    in what amount?    $ 450,000

11. That punitive damages should be assessed against Moreno Farms for sexually harassing Plaintiff-Intervenor Sandra Lopez, and for discharging Plaintiff-Intervenor Sandra Lopez on the basis of her sex and in retaliation for opposing sexual harassment?

    Answer Yes or No    ✓ Yes

    If your answer is "Yes,"
    in what amount?    $ 2,000,000

12. State the amount of punitive damages to be assessed against Moreno Farms for its assault and battery of Plaintiff-Intervenor Sandra Lopez.

    $ 1,000,000

**As to Plaintiff-Intervenor Ana Francisco:**

13. That Plaintiff-Intervenor Ana Francisco should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No    ✓

    If your answer is "Yes,"
    in what amount?    $ 375,000

14. That punitive damages should be assessed against Moreno Farms for sexually harassing Plaintiff-Intervenor Ana Francisco, and for discharging Plaintiff-Intervenor Ana Francisco on the basis of her sex and in retaliation for opposing sexual harassment?

    Answer Yes or No    ✓

    If your answer is "Yes,"
    in what amount?    $ 2,000,000

15. State the amount of punitive damages to be assessed against Moreno Farms for its assault and battery of Plaintiff-Intervenor Ana Francisco.

    $ 1,000,000

**SO SAY WE ALL.**

DATE: Thursday 09/10/15             /s/ Foreperson's Signature

19