IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division
1:14-cv-23181-DPG

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY | ) |
| COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| and | ) |
| | ) |
| MARIA AGUILAR, | ) |
| ANA FRANCISCO, | ) |
| BRIGIDA GOMEZ-VELASQUEZ, | ) |
| SANDRA LOPEZ, | ) |
| And LIGIA MARTINEZ, | ) |
| | ) |
| Plaintiff-Intervenors, | ) |
| | ) |
| vs. | ) |
| | ) |
| MORENO FARMS, INC., | ) |
| | ) |
| Defendant. | ) |
| _____/ | |

## JUDGMENT IN A CIVIL ACTION

The Court has jurisdiction over the parties. Plaintiffs are: Equal Employment

Opportunity Commission, Miami District Office, Attn: Regional Attorney, Miami Tower, 100

SE 2nd Street, Suite 1500, Miami, Florida 33131; Ana Francisco, 732 Lauren Lane, Unit 108,

Immokalee, Florida; Sandra Lopez, 1803 6th Avenue, Immokalee, Florida; Ligia Martinez, 622

El Paso Trail, Lot 58, Immokalee, Florida; Maria Aguilar, Calle Ignacio Allende 514, Rancho

Bellavista, Municipio de Cortazar, Guanajuato, Mexico; Brigida Gomez-Velazquez, Colonia

Constitucion, Acacoyagua, Chiapas, Mexico.

This action was tried by a jury which rendered a verdict on September 11, 2015. Based on the jury's verdict, and the applicable statutory limits, it is

**ORDERED AND ADJUDGED** that:

Plaintiff-Intervenor **Maria Aguilar**, and the **Equal Employment Opportunity Commission** for and on behalf of Plaintiff-Intervenor Maria Aguilar, recover from Defendant Moreno Farms, Inc. the amount of Two-Million and Fifty-Thousand ($2,050,000) dollars. This is a debt owed to and collectible by the United States.

Plaintiff-Intervenor **Ligia Martinez**, and the **Equal Employment Opportunity Commission** for and on behalf of Plaintiff-Intervenor Ligia Martinez, recover from Defendant Moreno Farms, Inc. the amount of One-Million Six-Hundred and Fifty-Thousand ($1,650,000) dollars. This is a debt owed to and collectible by the United States.

Plaintiff-Intervenor **Brigida Gomez-Velazquez**, and the **Equal Employment Opportunity Commission** for and on behalf of Plaintiff-Intervenor Brigida Gomez-Velazquez, recover from Defendant Moreno Farms, Inc. the amount of One-Million Eight-Hundred Thousand ($1,800,000) dollars. This is a debt owed to and collectible by the United States.

Plaintiff-Intervenor **Sandra Lopez**, and the **Equal Employment Opportunity Commission** for and on behalf of Plaintiff-Intervenor Sandra Lopez, recover from Defendant Moreno Farms, Inc. the amount of One-Million Seven-Hundred and Fifty Thousand ($1,750,000) dollars. This is a debt owed to and collectible by the United States.

2

Plaintiff-Intervenor **Ana Francisco**, and the **Equal Employment Opportunity Commission** for and on behalf of Plaintiff-Intervenor Ana Francisco, recover from Defendant Moreno Farms, Inc. the amount of One-Million Six-Hundred and Seventy-Five Thousand ($1,675,000) dollars. This is a debt owed to and collectible by the United States.

The Court retains jurisdiction to separately consider and/or award attorney's fees and costs.

**FOR WHICH LET EXECUTION ISSUE**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of September, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE